**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL STATLER,<br><br>      Plaintiff,<br><br>  v.<br><br>PRATT INDUSTRIES, INC. d/b/a<br>PRATT INDUSTRIES<br><br>      Defendant. | Civil Action No.: 5:20-cv-01817-JFL |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel states that Pratt Industries, Inc. ("Pratt Industries") is not a publicly traded corporation and that there is no publicly traded corporation that owns 10% or more stock in Pratt Industries.

            Respectfully submitted,

            */s/ Jacqueline Barrett*
            Jacqueline R. Barrett (Pa Id. No. 92433)
            Vik Jaitly (Pa. Id. No. 321975)
            **OGLETREE, DEAKINS, NASH,**
            **SMOAK & STEWART, P.C.**
            1735 Market Street, Suite 3000
            Philadelphia, Pennsylvania 19103
            Telephone: (215) 995-2800
            Facsimile: (215) 995-2801

            *Attorney for Defendant*

DATE: June 8, 2020

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL STATLER,<br><br>                Plaintiff,<br><br>   v.<br><br>PRATT INDUSTRIES, INC. d/b/a<br>PRATT INDUSTRIES<br><br>                Defendant. | Civil Action No.: 5:20-cv-01817-JFL |

### CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of June 2020, a true and correct copy of the foregoing Defendant's Rule 7.1 Disclosure Statement was electronically filed with the Clerk of Court and is available for viewing and downloading from the ECF system. Counsel for Plaintiffs has consented to service through the ECF System.

                                                **OGLETREE, DEAKINS, NASH,**
                                                **SMOAK & STEWART, P.C.**

                                                */s/ Jacqueline Barrett*
                                                Jacqueline Barrett
                                                *Attorney for Defendant*